Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| Park Street Imports LLC |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**SUMMONS**          16-00104

TO:    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | Laredo, Texas (2304) | Date Protest Filed: | Sept. 30, 2015 |
|---|---|---|---|
| Protest Number: | 2304-15-100123 | Date Protest Denied: | Dec. 16, 2015 |
| Importer: | Park Street Imports LLC | | |
| Category of Merchandise: | Liqueur and Cordials | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| T77-1220188-0 | 10/16/14 | 08/28/15 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Lincoln/Juarez Bridge, Admin. Bldg. #2
Laredo, TX 78040
Address of Customs Port in
Which Protest was Denied

C.J. Erickson, Esq.
Cowan, Liebowitz & Latman, P.C.
114 W. 47th St., 21st Fl., New York, NY 10036
(212) 790-9200 / cje@cll.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Mescal | 2208.90.7200 HTSUS | 13.50 / PFG | 2208.90.7200 HTSUS | Free (in bond) |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Cancellation of a duplicate entry is unprotestable.

The issue which was common to all such denied protests:

Duplicate entries were filed for this merchandise. A duty-paid Type 1 entry was filed in error and all duties were paid a second time upon withdrawal from warehouse.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

06/09/16
_____
Date

Form 1-3

## SCHEDULE OF PROTESTS

Laredo, Texas
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2304-15-100123 | 09/30/15 | 12/16/15 | T77-1220188-0 | 10/16/14 | 08/28/15 |
| 2304-15-100126 | 11/02/15 | 03/08/16 | T77-1219810-2 | 11/17/14 | 08/28/15 |

Port Director of Customs,

U.S. Customs and Border Protection
Lincoln/Juarez Bridge, Admin. Bldg. #2
Laredo, TX 78040

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)